

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00206-CV

**IN THE INTEREST OF J.G.A. AND M.A.A., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01023
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal of the March 22, 2016 order terminating Appellant's parental rights, Appellant's brief was due on May 5, 2016. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for extension of time to file the brief until May 26, 2016. On the due date, Appellant filed a second motion for extension of time to file the brief until June 9, 2016. *See id.* R. 38.6(d).

Appellant's motion is GRANTED. Appellant's brief is due on June 9, 2016. *See id.* **Any further motion for extension of time to file Appellant's brief will be disfavored.** *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court